**Charles T. SHERWIN, Plaintiff–Appellant,**

v.

**PINEHURST ASSISTED LIVING RETIREMENT COMMUNITY, L.L.C., Defendant–Appellee.**

No. 01–1874.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Charles T. Sherwin, pro se.

John Benton Morris, Kilpatrick Stockton, L.L.P., Winston–Salem, NC; Daryl Eugene Webb, Jr., Troutman, Sanders, Mays & Valentine, L.L.P., Richmond, VA; Kathryn F. Twiddy, McCandlish, Kaine & Grant, Raleigh, NC, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Charles T. Sherwin appeals the district court's order granting summary judgment to his former employer in his civil action in which he alleged claims of employment discrimination based on disability and retaliatory discharge. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court on the retaliatory discharge claim and on the employment discrimination claim to the extent the court found Sherwin was not a qualified individual with a disability. *Sherwin v. Pinehurst Assisted Living Retirement Community, L.L.C.,* No. CA–00–375–5–F (E.D.N.C. May 23, 2001). We deny Sherwin's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*